UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26cr43 LMP/EmB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 8 U.S.C. § 1589(a)(1) |
| | ) | 8 U.S.C. § 1589(a)(4) |
| KIRA ROMERO PINTO, | ) | 18 U.S.C. § 912(2) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Providing or Obtaining Forced Labor)

On or about March, 2025, in the State and District of Minnesota, the

defendant,

**KIRA ROMERO PINTO**,

Knowingly obtained the labor and services of the victim and his family by

means of abuse and threatened abuse of law and legal process, all in violation

of Title 18, United States Code, Section 1589.

### COUNT 2
(Providing or Obtaining Forced Labor)

On or about March, 2025, in the State and District of Minnesota, the

defendant,

**KIRA ROMERO PINTO**,

Knowingly obtained the labor and services of the victim and his family


SCANNED
FEB 12 2026
U.S. DISTRICT COURT MPLS

*United States v. Kira Romero Pinto*

by means of any scheme, plan, or pattern intended to cause the person to believe that, if that person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint, all in violation of Title 18, United States Code, Section 1589.

## COUNT 3

(Impersonation of a Federal Officer or Employee)

On or about November 2022, and continuing through on or about November 3, 2025, in the State and District of Minnesota, the defendant,

**KIRA ROMERO PINTO**,

Did falsely assume and pretend to be an officer and employee of the United States, namely an immigration officer or official, and did act as such, by representing herself as having federal immigration authority and by communicating with the victim regarding immigration matters under that false pretense, in violation of Title 18, United States Cod, Section 912.

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594.

If convicted of the offenses charged in either Count 1 or 2, the Defendant shall forfeit the following property to the United States pursuant to Title 18, United States Code, Section 1594:

*United States v. Kira Romero Pinto*

(1) any property, real or personal, involved in, used or intended to be used to commit or to facilitate the commission of the offenses, and any property traceable to such property; and

(2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, or any property traceable to such property.

If any of the above-described property is unavailable for forfeiture within the definition of Title 21, United States Code, Section 853(p), the United States intends to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).


A TRUE BILL



_____          _____
UNITED STATES ATTORNEY                    FOREPERSON