# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

              Plaintiff,

v.

KIRA MILANY ROMERO PINTO,

              Defendant,

**UNDER SEAL**

Criminal No. 26-cr-43 (LMP/EMB)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X)Ad Prosequendum ( )Ad Testificandum

Name of Detainee:  KIRA MILANY ROMERO PINTO

Detained at (custodian):  MINNESOTA CORRECTIONAL FACILITY-STILLWATER

The government is requesting the **U.S. Marshals** to transport detainee.

Detainee is:    a.)    (X) charged in this district by: Indictment
                    Charging Detainee With: Providing or Obtaining Forced Labor, Impersonation of a Federal
Officer or Employee
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    () return to the custody of detaining facility upon termination of this proceeding
    or    b.)    (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on March 9, 2026, at 1:30 p.m. in the courtroom of Shannon G. Elkins, Diane E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Courtroom 9E.

Dated: March 5, 2026

        *S/Sommer Honeycutt*
        Sommer Honeycutt, SAUSA

## WRIT OF HABEAS CORPUS

(X )Ad Prosequendum            ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 5, 2026

Date

    *s/Elsa M. Bullard*
    THE HONORABLE ELSA M. BULLARD
    UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Female |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1985 |
| Facility Address: | 970 Pickett Ave N | Race: | |
| | Bayport, MN 55003 | FBI #: | |
| Facility Phone: | 651-779-2700 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____

                                              (Signature)

Writ issued 3/5/2026